IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: *Rebecca Miles, et al. v. Ethicon, Inc. et al.* Case No. 2:14-cv-06272 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, Rebecca and Johnny Miles, and Defendants Ethicon, Inc. and Johnson & Johnson ("Defendants"), jointly stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed without prejudice and terminated from the docket, with each party to bear its own costs and fees. No other defendants remain in this action.

Respectfully submitted this 13th day of September 2018.

By: /s William Gage

William Gage
Butler, Snow, O'Mara, Stevens & Cannada PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
PO Box 6010
Ridgeland, MS 39158
william.gage@butlersnow.com
*Attorney for Defendants*

By: /s Chris Cantrell

Chris W. Cantrell (CA #290874)
William J. Doyle II
DOYLE LOWTHER LLP
4400 NE 77th Avenue, Suite 275
Vancouver, WA 98662
Phone: (360) 818-9320
Fax: (360) 450-3116
ccantrell@doylelowther.com
bill@doylelowther.com
john@doylelowther.com

1

J. Gerard Stranch, IV, Esq.
Branstetter, Stranch & Jennings
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN  37203
Phone: (615) 254-8801
Fax: (615) 255-5419
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s Chris Cantrell

Chris W. Cantrell (CA #290874)
William J. Doyle II
John A. Lowther
DOYLE LOWTHER LLP
4400 NE 77th Avenue, Suite 275
Vancouver, WA 98662
(360) 818-9320 phone
(360) 450-3116 fax
ccantrell@doylelowther.com
bill@doylelowther.com
john@doylelowther.com
*Attorneys for Plaintiffs*